IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| CYNTHIA A. BOWLES | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. |
| v. | ) | 04-3572-CV-S-REL-SSA |
| | ) | |
| JO ANNE BARNHART, | ) | |
| | ) | |
| Defendant. | ) | |

\_\_ **Jury Verdict(s).** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict(s).

_X_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

    That plaintiff's motion for summary judgment is denied.

    That the decision of the Commissioner is affirmed.


                                                                                       P. L. Brune, Clerk

                                                                                       /s/ Sue Anderson-Porter

Date: September 9, 2005                By : Sue Anderson-Porter
                                                                    Deputy Clerk